IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Anderson, Jeffery T

Printed: 1/29/08

Case Number: 07 B 10007
Judge: Hollis, Pamela S
Filed: 6/4/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 2,300.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 30,076.13 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 342.71 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 41.26 | 0.00 |
| 6. | Chicago Central | Unsecured | 45.57 | 0.00 |
| 7. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 8. | Radiological Physicians | Unsecured |  | No Claim Filed |
| 9. | Metropolitan Surgical | Unsecured |  | No Claim Filed |
| 10. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 11. | Medical Service Plan | Unsecured |  | No Claim Filed |
| 12. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 14. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 15. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 16. | Chicago Women's Health LTD | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,805.67 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Anderson, Jeffery  T

Printed:  1/29/08

Case Number:  07 B 10007
Judge:  Hollis, Pamela S
Filed:  6/4/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

